# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2007

133637

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                   SC: 133637
                                   COA: 274439
                                   Chippewa CC: 05-008118-FH

BRIAN HOWARD RUTTAN,
          Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the February 20, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007

s0723

                         Clerk